UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-mc-23311-GAYLES/GOODMAN

ATAIN SPECIALTY
INSURANCE COMPANY,

      Plaintiff,

v.

PAY MY CLAIM, LLC,

      Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff's Motion to Transfer and Brief in Support (the "Motion"). [ECF No. 2]. The action was referred to Magistrate Judge Jonathan Goodman, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 4]. On October 20, 2024, Judge Goodman issued his report recommending that the Motion be denied without prejudice (the "Report"). [ECF No. 8]. No party has objected to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint*

*Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has reviewed the Report for clear error and agrees with Judge Goodman's findings and recommendation that the Motion be denied without prejudice.

## CONCLUSION

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1)  Judge Goodman's Report and Recommendation, [ECF No. 8], is **ADOPTED in full**; and

(2)  Plaintiff's Motion to Transfer, [ECF No. 7], is **DENIED without prejudice**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of November, 2024.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE